IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Riley II, Karl FD

Printed: 03/24/09

Case Number: 08 B 28756
Judge: Hollis, Pamela S
Filed: 10/24/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: February 16, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,710.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,597.14 |
| Trustee Fee: |  | 112.86 |
| Other Funds: |  | 0.00 |
| Totals: | 1,710.00 | 1,710.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,064.00 | 1,597.14 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 5. | AmTrust Bank | Secured | 0.00 | 0.00 |
| 6. | AmTrust Bank | Secured | 0.00 | 0.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 8. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 9. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 10. | PNC National Bank | Unsecured | 2,578.49 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 926.99 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 1,447.77 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,223.71 | 0.00 |
| 14. | Resurgent Capital Services | Unsecured | 1,211.15 | 0.00 |
| 15. | National City Bank | Unsecured | 1,996.18 | 0.00 |
| 16. | Aurora Loan Service | Secured |  | No Claim Filed |
| 17. | Pittsburgh Water & Sawer Authority | Secured |  | No Claim Filed |
| 18. | Pittsburgh Treasurer | Secured |  | No Claim Filed |
| 19. | Washington Mutual | Secured |  | No Claim Filed |
| 20. | CBCS | Unsecured |  | No Claim Filed |
| 21. | Chase Manhattan Mortgage Corp | Unsecured |  | No Claim Filed |
| 22. | Citi Cards | Unsecured |  | No Claim Filed |
| 23. | Equitable Gas | Unsecured |  | No Claim Filed |
| 24. | Washington Mutual Providian | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,448.29 | $ 1,597.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Riley II, Karl FD

Printed: 03/24/09

Case Number: 08 B 28756
Judge: Hollis, Pamela S
Filed: 10/24/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 112.86 |
|  | $ 112.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*